1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LINDSEY A. MORGAN (SBN 274214)
   lmorgan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6
   Attorneys for Defendant
7  Portfolio Recovery Associates, LLC

8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  MITCHELL LANE CULLITON,           )   CASE NO.: 2:12-cv-01443-TLN-AC
                                      )
13        Plaintiff,                  )
                                      )   **STIPULATION AND ORDER TO**
14        vs.                         )   **CONTINUE CERTAIN PRE-**
                                      )   **TRIAL SCHEDULING DATES**
15                                    )
                                      )
16  PORTFOLIO RECOVERY                )
    ASSOCIATES, LLC,                  )
17                                    )
          Defendant.                  )
18  _____    )

19

20

21

22

23

24

25

26

27

28

Whereas Plaintiff MITCHELL LANE CULLITON ("Plaintiff") and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA"), hereby stipulate and agree as follows:

1. On July 30, 2012, this Court entered a Status (Pretrial Scheduling) Order stating that all dispositive motions in this case shall be filed by May 8, 2013, and that hearing on such motions shall be on June 5, 2013 at 9:30 a.m.

2. On April 3, 2013, this case was reassigned from the courtroom of District Judge John A. Mendez to the courtroom of District Judge Troy L. Nunley.

3. The first open hearing date for a dispositive motion in Judge Nunley's courtroom is Thursday, July 25, 2013.

4. The parties hereby stipulate and agree to continue the dispositive motion hearing deadline to July 25, 2013, which is the next available hearing date, or the first available hearing date thereafter convenient for the Court.  Because the motion cannot be heard until July 25, 2013, the parties also stipulate and agree to continue the filing deadline for all dispositive motions to June 14, 2013.

5. The parties hereby stipulate and agree to continue the pre-trial conference date currently set for July 19, 2013 to September 12, 2013 or September 13, 2013, or a date thereafter convenient for the Court.

6. The parties hereby stipulate and agree to continue the trial date currently set for August 26, 2013 at 9:00 a.m. to November 18, 2013, or a date thereafter convenient for the Court.

Therefore, the parties respectfully request this Honorable Court to enter an Order, extending the dispositive motion filing date to June 14, 2013, the hearing date for dispositive motions to July 25, 2013, the pre-trial conference to September 12 or 13, 2013, and the trial date to November 18, 2013.

1  IT IS HEREBY STIPULATED.

3  DATED: April 26, 2013                    SIMMONDS & NARITA LLP

                                            By:  s/ Lindsey A. Morgan
                                                 Lindsey A. Morgan
                                                 Attorneys for Defendant
                                                 Portfolio Recovery Associates, LLC.

DATED: April 26, 2013                       LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                            By:  s/ Nicholas J. Bontrager
                                                 Nicholas J. Bontrager
                                                 Attorneys for Plaintiff
                                                 Mitchell Lane Culliton

## ORDER

It is hereby ORDERED that the dispositive motion filing deadline is extended to June 14, 2013, and the hearing date for dispositive motions is set for July 25, 2013.  The pretrial conference is reset for September 19, 2013, at 2:00 p.m., and the trial date is reset for November 18, 2013, at 9:00 a.m.

DATED: April 30, 2013

                                            _____
                                            Troy L. Nunley
                                            United States District Judge