Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL LANE CULLITON,** <br><br> Plaintiff, <br><br> vs. <br><br> **PORTFOLIO RECOVERY ASSOCIATES, LLC,** <br><br> Defendant. <br> _____ | CASE NO.: 2:12-cv-01443-TLN-AC <br><br><br> JOINT STIPULATION TO DISMISS WITH PREJUDICE |

Stipulation to Dismiss- 1

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 14th day of August, 2013

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Lindsey A. Morgan
Simmonds & Narita LLP
Attorney for Defendant

Filed electronically on this 14th day of August, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Lindsey Morgan
SIMMONDS & NARITA
44 Montgomery St.
Suite 3010
San Francisco CA 94104-4816

This 14th day of August, 2013.

s/Todd M. Friedman
Todd M. Friedman